IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA

| | | |
|---|---|---|
| **VINCENT EVERETT,** | } | |
| | } | |
| Plaintiff, | } | **CIVIL ACTION FILE NO.:** |
| | } | |
| vs. | } | 1:21-cv-05285-LMM |
| | } | |
| **UNITED STATES OF AMERICA,** | } | |
| | } | |
| Defendant. | } | |

### NOTICE OF VOLUNTARY DISMISSAL PUSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff and its counsel hereby give notice that the above-styled action is voluntarily dismissed, with prejudice against the Defendant.

This 25th day of March, 2022.

**THE LAW OFFICE OF MICHAEL CARESTIA, LLC**

/s/ *Michael P. Carestia*
Michael P. Carestia, Esq.
Georgia State Bar No. 109229
**Attorneys for Plaintiff**

One Buckhead Plaza
3060 Peachtree Rd. NW Suite 1130
Atlanta, GA 30305
Telephone: (404) 844-2799
Facsimile: (404) 844-2796
Email: mpc@carestialaw.com

1